IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 18 PM 4: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

```
COLEEN L. POWERS, et al.,        X
                                 X
        Plaintiffs,              X
                                 X
vs.                              X      No. 05-2468-B/P
                                 X
NWA, INC.,                       X
                                 X
        Defendants.              X
                                 X
```

ORDER QUASHING SUMMONS
AND
ORDER STAYING DISCOVERY

Plaintiff Coleen L. Powers filed a pro se complaint, which she characterizes as an employment discrimination action, against numerous defendants including NWA, Inc. on June 30, 2005. Powers paid the civil filing fee, and the Clerk immediately issued a single summons to Pinnacle Airlines, Inc., the second defendant listed in the case caption.

Pursuant to Local Rule 83.7(a)(2), summonses are not issued to pro se litigants until the completion of the screening process. The case is currently being screened. Accordingly, the Court QUASHES the summons issued on June 30, 2005. The plaintiff is ORDERED to make no further attempt to serve any defendant until further order of the Court. The obligation of Pinnacle Airlines, Inc. to answer or otherwise respond to the complaint is STAYED until further order of the Court. The plaintiff is ORDERED to serve



a copy of this order on any defendant who has been served with a summons and complaint and to file a certificate of service, pursuant to Fed. R. Civ. P. 5(d), attesting to her compliance with this aspect of the Court's order.

Plaintiff has also attached to her complaint copies of interrogatories and document request that were purportedly served on some or all defendants a month before the commencement of this action. All discovery in this action is STAYED until completion of the screening process. The plaintiff is ORDERED to serve a copy of this order on any defendant who has been served with any discovery request and to file a certificate of service, pursuant to Fed. R. Civ. P. 5(d), attesting to her compliance with this aspect of the Court's order.

The plaintiff is advised that discovery in this action will be conducted in accordance with the Federal Rules of Civil Procedure. The plaintiff is directed to familiarize herself with those rules and with the local rules of this Court.

IT IS SO ORDERED this _18th_ day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02468 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

Coleen L. Powers
6308 Lake View Trail #304
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT