```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

COLEEN L. POWERS, et al.,

    Plaintiffs,

vs.                                              No. 05-2468-B/P

NWA, INC., et al.,

    Defendants.

ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO FILE AMENDED COMPLAINT
AND
ORDER ENJOINING PLAINTIFF FROM FILING ADDITIONAL EXHIBITS

The Court issued an order on February 23, 2006 that, *inter alia*, directed plaintiff Coleen L. Powers to file a complaint that complies with Rule 8(a)(1) and (2) of the Federal Rules of Civil Procedure. Plaintiff has yet to comply with that order. She has, however, filed the following copies of documents from various other administrative proceedings or court cases:

| Date     | Docket Entry (D.E.) | Number of Pages |
|----------|---------------------|-----------------|
| 03/23/06 | 23                  | 21              |
| 03/23/06 | 24                  | 30              |
| 03/23/06 | 25-1                | 96              |
| 03/23/06 | 25-2                | 208             |
| 03/23/06 | 26                  | 112             |
| 03/23/06 | 27                  | 33              |
| 03/23/06 | 28                  | 62              |

| | | |
|---|---|---|
| 03/23/06 | 29 | 150 |
| 03/29/03 | 30 | 6 |
| 03/29/06 | 31 | 117 |
| 03/29/06 | 32 | 14 |
| 03/29/06 | 33 | 180 |
| 03/29/06 | 34 | 82 |
| 03/29/06 | 35-2 | 123 |
| 03/29/06 | 36 | 36 |
| 03/29/06 | 37 | 154 |
| 03/29/06 | 38 | 154 |
| 03/29/06 | 39 | 105 |
| 03/29/06 | 40 | 174 |
| 03/29/06 | 41 | 29 |
| 03/29/06 | 42 | 266 |
| 03/29/06 | 43 | 266 |
| 03/29/06 | 44 | 266 |
| 03/29/06 | 45 | $1^{1}$ |

Thus, in response to an order directing the plaintiff to set forth, in a coherent fashion, a "short and plain statement" of the basis for the Court's subject-matter jurisdiction and the nature of each claim that is asserted against each defendant, the plaintiff has submitted twenty-four (24) additional documents, a total of 2685 pages, with no explanation of the reason for these filings or the relevance the documents have to the plaintiff's original complaint or the February 23, 2006 order.

---

[1] The Court takes no comfort in the reasonable size of D.E. 45, as it is apparent that the plaintiff neglected to submit the documents she intended to attach.

In a motion filed on March 23, 2006 (Docket Entry ("D.E.") 22), the plaintiff requested a thirty day extension of time to file an amended complaint. For good cause shown, that motion is GRANTED. The plaintiff has until the close of business on April 27, 2006 to submit an amended complaint. Any references in the amended complaint to any of the many documents filed as of March 23 and 29, 2006 shall include both the docket number of the document and the specific page(s) within the document.[2] Once the amended complaint has been submitted, the Court will consider what to do with any documents filed by this plaintiff that are not referenced.

Unless and until the plaintiff submits an amended complaint that complies with Rule 8(a) of the Federal Rules of Civil Procedure, no further documents filed by this plaintiff will be considered.[3] **Until the filing of the amended complaint, the plaintiff is ENJOINED from filing any additional documents from any administrative or judicial proceeding.** This injunction does not preclude the plaintiff from filing any motion seeking relief under

---

[2] Clerk's office staff have advised plaintiff that certain of these extremely large filings appear to be duplicative, but she has insisted they are not notwithstanding the identical cover sheets and size of the documents. A very cursory examination of D.E.'s 42, 43, and 44 suggests that the Clerk's staff is correct and that plaintiff has filed three copies of a 266 page document. The Court will not sift through 3000 pages of documents submitted in other proceedings in order to determine the basis for the plaintiff's claims.

[3] The Court is aware that plaintiff has filed a motion seeking reconsideration of the order directing her to file an amended complaint. That motion will be denied, and the Court will file a separate order explaining why. Simply put, the plaintiff's original complaint is incomprehensible. The sheer volume of paper submitted by this plaintiff over the past week necessitates an immediate response by the Court, which cannot be delayed by the time necessary to prepare an order addressing her motion.

the Federal Rules of Civil Procedure. The motion will terminate on the date the amended complaint is filed. From that time forward, however, the plaintiff must, prior to filing any document from any other administrative or judicial proceeding, file a motion seeking leave to file that identifies each document the plaintiff wants to file and, for each such document, explains the relevance of the document to one or more specific factual issues or legal claims set forth in the complaint.

IT IS SO ORDERED this 7th day of April, 2006.

s/J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE